No. 371. HOWARD FOUNDRY Co. *v.* HARTFORD FIRE INS. Co. C. A. 7th Cir. Certiorari denied. *Lawrence C. Mills* for petitioner. *A. M. Anderson* for respondent.

No. 372. CHINA DAILY NEWS, INC. ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Paul L. Ross* and *Martin Popper* for the China Daily News et al., and *Thomas Russell Jones* for Chin You Gon et al., petitioners. *Solicitor General Sobeloff, Assistant Attorney General Tompkins* and *Harold D. Koffsky* for the United States.

No. 375. AUTOMOBILE INSURANCE Co. ET AL. *v.* UNITED FRUIT Co. C. A. 2d Cir. Certiorari denied. *Henry N. Longley* for petitioners. *Burton H. White* and *Hervey C. Allen* for respondent.

No. 376. SMITH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Bernard A. Golding* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Isabelle R. Cappello* for the United States.

No. 382. EDWARDS ET AL. *v.* SHELL OIL Co. ET AL. Supreme Court of Alabama. Certiorari denied. *E. C. Yokley* and *Morton B. Howell, Jr.* for petitioners. *Douglas Arant* for respondents.

No. 384. PACHMAYR ET AL., DOING BUSINESS AS PACHMAYR GUN WORKS, *v.* MERSHON Co., INC. C. A. 9th Cir. Certiorari denied. *Donald W. Hamblin* for petitioners. *Collins Mason* for respondent.